

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<em>The Silvio J. Mollo Building<br>One Saint Andrew's Plaza<br>New York, New York 10007</em>

June 22, 2018

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 21A
New York, New York 10007

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1105
New York, New York 10007

      Re:    *United States v. William McFarland*, S1 17 Cr. 600 (NRB)
              *United States v. William McFarland,* 18 Cr. 446 (JMF)

Your Honors:

      The Government respectfully submits this letter to advise as to two factually-related cases involving the same defendant which are pending before different judges. Defendant William McFarland, having pled guilty to two counts of wire fraud, is scheduled to be sentenced before Judge Buchwald on July 26, 2018, on Indictment No. S1 Cr. 600 (NRB) (the "First Case"). Today, the grand jury returned five-count Indictment No. 18 Cr. 446 (JMF), charging the defendant with wire fraud, money laundering, bank fraud, aggravated identity theft, and obstruction of justice (the "Second Case"). Each count of the Indictment in the Second Case also includes a statutory sentencing enhancement, pursuant to 18 U.S.C. § 3147, for having committed the offenses while on pretrial release in the First Case. In addition, among the victims in the Second Case are members of Magnises, the defendant's company, and individuals who attended the Fyre Festival, which was organized Fyre Festival LLC, another of the defendant's companies. The defendant's fraudulent conduct with respect to Fyre Festival LLC and Magnises is squarely at issue in the First Case.

Should the Court desire any further information we would be pleased to comply.

Respectfully submitted,

GEOFFREY S. BERMAN
Acting United States Attorney

by: /s/ Kristy J. Greenberg
Kristy J. Greenberg
Assistant United States Attorney
(212) 637-2469

cc: Defense Counsel of Record