

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 3, 2018

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse, Room 1105
40 Foley Square
New York, New York 10007

        Re:    *United States* v. *William McFarland*
                 18 Cr. 446 (JMF)

Dear Judge Furman:

      The Government respectfully writes to advise the Court that the victims are in the process of being notified regarding the above-captioned matter.

                                                    Respectfully submitted,

                                                    GEOFFREY S. BERMAN
                                                    United States Attorney

                                  By:    s/ Kristy J. Greenberg
                                          Kristy J. Greenberg
                                          Assistant United States Attorney
                                          (212) 637-2469

cc:     (by ECF)

        All Counsel of Record