

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 12, 2018

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse, Room 1105
40 Foley Square
New York, New York 10007

        Re:   *United States* v. *William McFarland*
                18 Cr. 446 (JMF)

Dear Judge Furman:

      Pursuant to the Court's order, the Government respectfully provides the enclosed proposed order to exclude time between the original pretrial conference date of September 13, 2018, and the new pretrial conference date of October 4, 2018, in the above-captioned matter.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                        By:    s/ Kristy J. Greenberg
                                 Kristy J. Greenberg
                                 Assistant United States Attorney
                                 (212) 637-2469

cc:    (by ECF)

        All Counsel of Record