```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA           :
          -v-                      :    ORDER
WILLIAM McFARLAND,                 :    18 Cr. 446 (JMF)
                Defendant.         :
- - - - - - - - - - - - - - - - - -X
```

      Upon the application of the United States of America, by and through AUSA Kristy J. Greenberg, and with the consent of defendant William McFarland, by and through his counsel Susan Walsh Esq., it is hereby ORDERED that the pretrial conference in this case is continued from September 13, 2018 to October 4, 2018.

      The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions.  Accordingly, it is further ORDERED that the time between September 13, 2018 and October 4, 2018 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        July 16, 2018

                                                    _____
                                                  JESSE M. FURMAN
                                                  UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate Docket No. 14.